No. 1054. BREEN ET AL. *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David V. Cahill* for petitioners. No appearance for the United States.

No. 1055. CALLAGHAN ET AL. *v.* BROOKLYN TRUST Co. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Emanuel Celler* and *Thomas Cradock Hughes* for petitioners. *Mr. Ralph W. Crolly* for respondent.

No. 1015. JOHNSON *v.* IGLEHEART BROTHERS, INC. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert Stump* for petitioner. *Messrs. George S. Herr, Lester E. Waterbury,* and *Oscar McPeak* for respondent.

No. 1058. CENTRAL EXECUTIVE COUNCIL OF REMINGTON RAND EMPLOYEES' ASSNS. *v.* NATIONAL LABOR RELATIONS BOARD. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles H. Houston* and *Leon A. Ransom* for petitioner. No appearance for respondent.

No. 1011. GOLDSTONE *v.* PAYNE. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals

for the Second Circuit denied. *Mr. Benjamin Schenker* for petitioner. *Mr. Neil P. Cullom* for respondent.

No. 1061. MELLON *v.* UNITED STATES. May 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. Matthews* for petitioner. No appearance for the United States.

Nos. 396 and 1053. KELLOGG Co. *v.* NATIONAL BISCUIT COMPANY. May 31, 1938. The motion for leave to file a second petition for rehearing is granted. The second petition for rehearing is granted. The order denying a writ of certiorari is vacated and the petition for writ of certiorari seeking review of the judgment of the Circuit Court of Appeals entered on April 12, 1937, is granted. The petition for writ of certiorari seeking review of the order recalling and clarifying the mandate of the Circuit Court of Appeals is also granted. Further proceedings in the United States District Court for the District of Dela-